# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GLENFORD YOUNG

NO. 2021 KW 0748

OCTOBER 5, 2021

---

In Re:     Glenford Young, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 611988.

---

**BEFORE:     WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT